# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br>APRIL LYNNE MINTIER<br>5666 EARNINGS DR<br>COLUMBUS, OH  43232 | Case No:    06-50200<br><br>Judge:    John E. Hoffman Jr. |

SSN(S):    XXX-XX-1868

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated:   December 29, 2010 | /s/ Frank M. Pees<br>_____<br>Frank M. Pees<br>Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| APRIL LYNNE MINTIER<br>5666 EARNINGS DR<br>COLUMBUS, OH  43232 | 11.04 |